**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| CASEY KIA TABATABAEE, | : | CIVIL ACTION NO. |
| GDC ID # 806273, Case # 534436, | : | 2:13-CV-00079-WCO-JCF |
| INS #A41098217, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD BARROW, Warden, | : | HABEAS CORPUS |
|     Respondent. | : | 28 U.S.C. § 2254 |

## MAGISTRATE JUDGE'S NON-FINAL
## REPORT AND RECOMMENDATION

On June 12, 2014, the Court granted Petitioner's local counsel leave to withdraw and ordered Petitioner and his *pro hac vice* counsel to find new local counsel within 30 days or to show cause why *pro hac vice* counsel should not be removed due to the absence of local counsel. (Doc. 66 at 1-2 (citing LR 83.1(B)(2), NDGa. ("An attorney applying to appear pro hac vice must also designate a local member of the bar of this court with whom the opposing counsel and the court may readily communicate regarding the conduct of the case and upon whom papers shall be served. The designated local counsel must sign all pleadings and other papers filed in the case by the attorney appearing pro hac vice.")).

On September 4, 2014, the undersigned advised Petitioner and his *pro hac vice*

counsel that if local counsel did not make an appearance within 7 days, the undersigned would recommend that counsel's *pro hac vice* status be revoked.

The Court having received no response from Petitioner and his *pro hac vice* counsel to either Order, **IT IS RECOMMENDED** that the *pro hac vice* status of Petitioner's counsel of record be revoked and that Petitioner be required to continue in this action *pro se*.

**SO RECOMMENDED** this 3rd day of October, 2014.

                                         /s/ *J. CLAY FULLER*
                                         J. CLAY FULLER
                                         United States Magistrate Judge

AO 72A
(Rev.8/82)