# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| CASEY KIA TABATABAEE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:13-CV-00079-RWS |
| DONALD BARROW, | : | |
| Warden, | : | |
| | : | |
| Respondent. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [68] of Magistrate Judge J. Clay Fuller, Petitioner's Motion for Written Objections [70], and Petitioner's Motion for Extension of Time [71]. After reviewing the record, the Court enters the following Order.

On June 12, 2014, the Court granted Petitioner's local counsel leave to withdraw and ordered Petitioner and his *pro hac vice* counsel to find new local counsel within thirty (30) days or to show cause why *pro hac vice* counsel should not be removed due to the absence of local counsel [66]. On September 4, 2014, Judge Fuller advised Petitioner and his *pro hac vice* counsel that if

local counsel did not make an appearance within seven (7) days, Judge Fuller would recommend that counsel's *pro hac vice* status be revoked. Having received no response from Petitioner or his *pro hac vice* counsel to either Order, Judge Fuller issued a Report and Recommendation [68] recommending that the *pro hac vice* status of Petitioner's counsel of record be revoked and that Petitioner be required to continue in this action *pro se*.

In response, Petitioner filed a Motion for Written Objections [70] in which he asserts that he did not have notice of the aforementioned Orders by Judge Fuller. He objects to being required to proceed *pro se* and requests a thirty-day extension of time within which to retain new counsel. Petitioner also filed a Motion for Extension of Time [71] making the same request for a thirty-day extension to retain new counsel.

After due consideration, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the *pro hac vice* status of Petitioner's counsel of record is hereby **REVOKED**. The Court will grant the relief requested in Petitioner's Motion for Written Objections [70] and Motion for Extension of Time [71] by ordering

AO 72A
(Rev.8/82)

that the case be **STAYED** for a period of thirty (30) days to allow Petitioner time within which to retain counsel.

    **SO ORDERED**, this __28th__ day of October, 2014.

                                            **RICHARD W. STORY**
                                            United States District Judge